# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1566

**Short Case Caption:** Saha Thai Steel Pipe Public Company Limited v. US

**Filing Party** Wheatland Tube Company

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

| Issues to be raised on appeal: |
|---|
| Whether the Court of International Trade (CIT) erred in reversing the final results of the 2019-2019 administrative review issued by the Department of Commerce (DOC) with respect to the antidumping duty order on circular welded pipe from Thailand. |

Relief awarded below (if damages, specify):    ■ None/Not Applicable

| Briefly describe the judgment/order appealed from: |
|---|
| The CIT reversed and remanded DOC's application of total adverse facts available to Saha Thai Steel Public Company Limited based on its failure to cooperate to the best of its ability by reporting its U.S. sales of dual-stenciled pipe. |

| Nature of Judgment (select one:) | Date of Judgment: 2/26/2026 |
|---|---|
| ▣ Final Judgment, 28 USC § 1295 <br> ☐ Rule 54(b) <br> ☐ Interlocutory Order (specify type) _____ <br> ☐ Other (explain) _____ | |

Date: 4/8/2026

Signature: *Roger Schagrin*

Name:    Roger B. Schagrin