

PMM:CB
DJ No. 54-21-00049

Telephone: (202) 353-9063
Emal: Claudia.burke@usdoj.gov

*Washington, DC 20530*

April 14, 2026

Jarrett Perlow
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20005

      Re:     *Saha Thai Steel Pipe Public Company Limited v. United States*, No. 2026-1566

Dear Mr. Perlow:

      The Government did not file a notice of appeal in this case. Accordingly, we write to inform you that we will not be filing a brief in Case No. 2026-1566, nor will we participate in any oral argument for that case. Thank you for your consideration.

      Very truly yours,

      /s/ Claudia Burke
      CLAUDIA BURKE
      Commercial Litigation Branch