

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 14, 2026

## NOTICE OF REVISED CAPTION

Re: Saha Thai Steel Pipe Public Company Limited v. US, Appeal No. 2026-1566

The court's official caption has been revised to reflect the non-participation of the United States.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk

Attachment: Revised Official Caption

# Official Caption

**SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED,**
*Plaintiff-Appellee*

**v.**

**WHEATLAND TUBE COMPANY,**
*Defendant-Appellant*

**UNITED STATES,**
*Defendant*

# Short Caption

Saha Thai Steel Pipe Public Company Limited v. US